UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re:*

CASE NO. 8:23-bk-04934-CPM
CHAPTER 13

KRISTI K SHARPE,

    Debtor.

_____/

**OBJECTION TO CONFIRMATION**

U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF YURT SERIES IV TRUST ("Secured Creditor"), by and through its undersigned attorney, objects to the Debtor`s Chapter 13 Plan (DE 3)(the "Plan") and to Confirmation of the Plan, and in support thereof states as follows:

1.    Secured Creditor maintains a security interest in Debtor`s real property located at 6525 15th Street North, St. Petersburg, FL 33702.

2.    Secured Creditor has timely filed Proof of Claim #3 in the amount of $192,154.54, with a pre-petition arrearage of $45,957.46, and a post-petition monthly payment of $1,803.94.

3.    The Debtor's Plan includes prepetition arrearage payments to Secured Creditor, however, the amount provided for by the Debtor is not sufficient to cure the prepetition arrearages owed to Secured Creditor. The Plan provides for payment of a prepetition arrearage of $45,957.46, while the correct arrearage is approximately $41,100.00.

4.    The Debtor's proposed Plan provides for the regular monthly payments to Secured Creditor. The current monthly payment amount due to Secured Creditor is $1,803.94, while the Plan only provides for monthly payment on the loan owed to Secured Creditor in the amount of

$1,742.00.

5. The Debtor's Plan fails to provide adequate protection to Secured Creditor in violation of 11 U.S.C. §362.

6. Thus, Secured Creditor objects to the Debtor's Plan as it fails to comply with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5), and cannot be confirmed.

**WHEREFORE**, Secured Creditor, U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF YURT SERIES IV TRUST, respectfully requests that this Court deny confirmation of the Debtor's proposed Chapter 13 Plan, and require the Debtors to amend the Plan to overcome Secured Creditor's objections as stated herein, conform to the entire amount due under Secured Creditor's Proof of Claim, and such other relief as the Court deems just and proper.

    Respectfully submitted,
    HOWARD LAW

    /s/ Matthew Klein
    MATTHEW KLEIN
    FLORIDA BAR#: 73529
    4755 Technology Way, Suite 104
    Boca Raton, FL 33431
    Telephone: (954) 893-7874
    Fax: (888) 235-0017
    Email: matthew@howardlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 10, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Charles G Moore, Esq., Charles G Moore PA, 1135 Pasadena Avenue S, Suite 301, St Petersburg, FL 33707
Jon Waage, P O Box 25001, Bradenton, FL 34206-5001
United States Trustee, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602

and a true and correct copy was sent via US Mail First Class to:
Kristi K Sharpe, 6525 - 15th Street North, St Petersburg, FL 33702

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529