UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

KRISTI K. SHARPE,

Case No. 8:23-bk-04934-CPM
Chapter 13

Debtor.*

_____/

**MOTION TO DETERMINE POST-PETITION MORTGAGE FEES,
EXPENSES, AND CHARGES FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION**

KRISTI K. SHARPE (the "Debtor"), by and through undersigned counsel, files this Motion to Determine Post-petition Mortgage Fees, Expenses, and Charges filed by U.S. Bank Trust National Association, and in support thereof would state as follows:

1. The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on October 31, 2023.

2. On December 8, 2023, U.S. Bank Trust National Association (the "Creditor") filed a proof of claim (Claim No. 3).

3. The Debtor's Chapter 13 Plan has yet to be confirmed.

4. The Debtor's Chapter 13 Plan proposes to pay the secured claim of Creditor inside of the Plan.

5. On March 28, 2024, the Creditor filed a notice of postpetition mortgage fees, expenses, and charges stating it incurred $375.00 in fees on November 6, 2023, for the review of the Debtor's Chapter 13 Plan. The notice additionally indicates the Creditor incurred $825.00 in fees on December 7, 2023 for the preparation and filing of a proof of claim and $550.00 on December 21, 2023, for preparation of objection to plan confirmation.

6. The notice of postpetition fees filed on March 28, 2024, appears to be unreasonable and unnecessary given the lack of complexity of the Debtor's Chapter 13 Plan and that the Debtor filed a model Chapter 13 Plan.

**WHEREFORE**, the Debtor respectfully requests that this Court set a hearing to determine the validity and amount of any fees due to U.S. Bank Trust National Association (but

not during the time of April 25 - 29 as counsel will be out of town).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the foregoing Motion to Determine Post-petition Mortgage Fees, Expenses, and Charges has been furnished by United States mail delivery or Electronically to Jon Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206, the Assistant United States Trustee, Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, FL 33602, U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 - 5th Street, Eureka, CA 95501, Howard Law, Attn: Matthew Klein, Esq., Attorney for Secured Creditor, 4755 Technology Way, Suite 104, Boca Raton, FL 33431, and U.S. Bank Trust National Association, Attn: President, 800 Nicollet Mall, Minneapolis, MN 55402 on this 3 day of April, 2024.

Charles G. Moore, Esq.
**CHARLES G. MOORE, P.A.**
1135 Pasadena Avenue South, Suite 301
St. Petersburg, FL 33707
Phone (727) 381-8080 / Fax (727) 381-0234
FBN #0886701
Attorney for Debtor(s)

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.